IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CROUNSE CORPORATION, )
)
    Plaintiff, ) CASE NO. 1:13-00018
) CHIEF JUDGE HAYNES
v. )
)
JONATHAN HILL, )
)
    Defendant. )

## ORDER

Before the Court is Plaintiff's motion to dismiss without prejudice (Docket Entry No. 24) that is **GRANTED** and this action is **DISMISSED without prejudice**. Each party to bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 17th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court